23-CV-2102

TO: Pro-Se Intake Unit    D.N#      3/11/24
From: Kwaine Thompson 23B0962
Collins Correctional Facility, P.O. box 340
Collins, New York, 14034

(1) Just Recieved a letter telling me I've been granted IFP Application for case # 2I-CV-2102.
I want to know is this case moving forward now?
And how much it's going to cost me to get a copy of this complaint and how can I pay for it.

(2) Can I get Pro-bono lawyer to handle this case that's working on my other Federal case in this court?

(3) And can I make a request of $200,000 settlement for this case.

(4) And can you tell me of all pending cases I have present in this Southern District court.

K. Thompson

**COLLINS CORRECTIONAL FACILITY**
P.O. BOX 340
COLLINS, NEW YORK 14034-0340

NAME: Kwaine Thompson    DIN: 23B0962



BUFFALO NY 140
COLLINS NEOPOST
12 MAR 2024 PM US POSTAGE
ZIP 14034
041M11455116

CORRECTIONAL FACILITY

Pro-se Intake unit
United States Courthouse
Southern District of NY
500 Pearl st
NY, NY 10007

USMS SDNY

2024 MAR 15 PM 2:00
SDNY PRO SE OFFICE
RECEIVED