UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kwaine Thompson<br><br>　　　　　　　　Plaintiff,<br><br>-against-<br><br>City of New York et al<br><br>　　　　　　　　Defendant(s). | 23-CV-02102<br>WAIVER OF SERVICE OF<br>SUMMONS EXECUTED |

Under Rule 4(d) of the Federal Rules of Civil Procedure, the New York City Department of Correction agrees on behalf of the defendants listed below to waive service of the summons and complaint in this case, with the understanding that the time for these defendants to answer or otherwise respond to the complaint will be sixty days from the date that this waiver is filed.

**Defendants' Names**

| |
|---|
| CO Monique Lott |
| CO Przemyslaw Wolosik |
| CO Fedir Merenych |
| CO Marva Branche |
| CO Anthony Marden |
| CO Anthony Graves |
| |

Dated:　　　December 27, 2024
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　s/

　　　　　　　　　　　　　　　　　　　　Howard Sterinbach
　　　　　　　　　　　　　　　　　　　　Assistant General Counsel
　　　　　　　　　　　　　　　　　　　　New York City Department of Correction
　　　　　　　　　　　　　　　　　　　　718-546-0816

Case 1:23-cv-02102-JPO-KHP Document 90 Filed 12/27/24 Page 2 of 2