UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kwaine Thompson<br><br>Plaintiff,<br><br>-against-<br><br>The City of New York et al<br><br>Defendant(s). | 23-CV-02102<br>WAIVER OF SERVICE OF SUMMONS UNEXECUTED |

The New York City Department of Correction declines on behalf of the defendants listed below to waive service of the summons and complaint in this case and for each defendant provides a brief explanation as to why service is not being waived.

| **Defendant's name** | **Reason service not waived** |
|---|---|
| Assit. Comm. Christoper Mill | No longer an employee of the agency |
| Warden Karen Collins | No longer an employee of the agency |
| Capt. Palmero | No matches with this name in agency |
| CO Taylor | Common name/Need more information for identification |
| CO Walter McNeil | Retired 02/02/21 |
| Nurse Blount | Not an employee of the agency |

Dated:   October 22, 2024
         New York, New York

S/
Howard Sterinbach
Assistant General Counsel

New York City Department of Correction
**718-546-0816**