```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/23/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KWAINE THOMPSON,

                Plaintiff,

-against-

            23-CV-2102 (JPO) (KHP)

            **POST-CONFERENCE ORDER**

LEMON et al.,

                Defendants.

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

As discussed at the Case Management Conference on January 23, 2025, the City shall file its motion to dismiss by **February 27, 2025**. Plaintiff shall file his opposition to the motion to dismiss by **April 14, 2025** and the City shall file its reply by **April 28, 2025**. Discovery is stayed pending a decision on the Motion to Dismiss.

**The Clerk of Court is requested to mail a copy of this order to the Plaintiff.**

Dated: January 23, 2025
       New York, New York

                                      SO ORDERED.

                                      *Katharine H. Parker*
                                      _____
                                      KATHARINE H. PARKER
                                      United States Magistrate Judge