USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/26/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KWAINE THOMPSON,

                Plaintiff,

-against-

LEMON et al.,

                Defendants.

23-CV-2102 (JPO) (KHP)

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

Defendant City of New York filed its motion to dismiss on March 20, 2025. At this time, Plaintiff is proceeding pro se and his opposition to Defendant's motion is due **May 5, 2025**.

**The Clerk of Court is requested to mail a copy of this order to the Plaintiff.**

Dated: March 26, 2025
       New York, New York

                              SO ORDERED.

_____
KATHARINE H. PARKER
United States Magistrate Judge