UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
Thompson                                               :
                                                       :
                    Plaintiff,                         :
                                                       :
       -against-                                       :         23_____ Civ. 2102_____ (JPO____) (KHP____)
                                                       :
                                                       :
                                                       :         NOTICE OF LIMITED APPEARANCE
                                                       :         OF *PRO BONO* COUNSEL
Captain Lemon, et al.                                  :
                                                       :
                    Defendant.                         :
-------------------------------------------------------X

To the Clerk of this Court and all parties of record:

    Enter my appearance as *pro bono* counsel in this case on behalf of:

    ___Plaintiff Kwaine Thompson_____ [party]

    for the limited purpose of __drafting opposition papers to the motion to dismiss__. I certify that I am admitted to practice in this Court.

Apr. 11, 2025
_____
Date

_____
Signature

Sami Elamad (pro hac vice)
_____
Print Name                    Bar No.

The Atlantic Foundation
_____
Address

P.O. Box 69, New York, NY 10163
_____
City           State         Zip Code

T: (646) 685-3954      F: (646) 712-9501
_____
Phone No.                     Fax. No.

sami@the-atlantic-foundation.org
_____
Email Address