# The Atlantic Foundation

June 19, 2025

**BY ECF**

The Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

     Re:    *Thompson v. Lemon, et al.*, No. 23-cv-2102 (JPO) (KHP)
              *Thompson v. City of New York, et al.*, No. 22-cv-1458 (JPO) (KHP) [related]

Dear Judge Parker:

     I write on behalf of Plaintiff Kwaine Thompson in the above-referenced matter. Consistent with the Court's instructions at the June 17, 2025 conference, I've enclosed a proposed order for Your Honor's consideration, as well as a copy of a valid certificate of good standing issued to me on June 3, 2025.

     Thank you very much. Should there be anything else, please do not hesitate to let me know. I sincerely appreciate the Court's time.

                                                Very truly yours,

                                                */s/ Sami Elamad*