UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KWAINE THOMPSON,<br><br>                              Plaintiff,<br><br>-against-<br><br>LEMON et al.,<br><br>                              Defendants. | 23-CV-2102 (JPO) (KHP)<br><br>**POST-CASE MANAGEMENT CONFERENCE ORDER** |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

The parties in the above-captioned case appeared before the undersigned for a case management conference on June 17, 2025, at 11:00 a.m.  At the conference, the Court ordered the following:

- Mr. Elamad having filed a proposed order in this action on June 19, 2025 (ECF No. 129, 130), the Defendants shall have until **June 24, 2025**, to respond.

- Mr. Elamad shall submit a letter by **July 17, 2025**, indicating whether Plaintiff intends to amend the complaint in this matter and, if so, requesting leave to file a motion.  The letter shall address the proposed amendment (if any) and attach a copy of the draft amended complaint (if available).

- Mr. Elamad shall have **forty-five days from the date of the conference** to file opposition to the motion to dismiss.  The defendants shall then have **fourteen days** to reply.

- Mr. Elamad shall serve a preservation notice with proposed document requests on Defendants in this matter by **July 1, 2025**.  Defendants need not respond to the

proposed discovery requests until 30 days after the motion to dismiss is decided, if appropriate.

- The parties shall file a status update by **July 17, 2025**.

**SO ORDERED.**

Dated: June 23, 2025
New York, NY

_____
Katharine H. Parker
United States Magistrate Judge