UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KWAINE THOMPSON,<br><br>                    Plaintiff,<br><br>vs.<br><br>CAPTAIN LEMON, *et al.*<br><br>                    Defendants. | **No.  23-cv-2102 (JPO) (KHP)**<br>No.  22-cv-1458 (JPO) (KHP) [related]<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Plaintiff's Motion for Leave to Amend and Supplement the Complaint; the Declaration of Sami Elamad and the exhibits thereto, including the Proposed Second Amended Complaint ("SAC"); and the prior pleadings and proceedings in this matter (ECF Nos. 139, 142), Plaintiff Kwaine Thompson ("Plaintiff" or "Thompson") will move this Court, before the Honorable Katharine H. Parker, United States Magistrate Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY, 10007-1312, on a date and at a time to be determined by the Court, for an order granting Plaintiff: (1) leave to file the Second Amended Complaint under Federal Rules of Civil Procedure 15(a)(2) and 15(d), and 2) such other and further relief as the Court deems just and proper.

Dated: New York, New York
September 8, 2025

                                                                                                Respectfully,

                                                                                                /s/ Sami Elamad
                                                                                                _____

                                                                                                *Pro Bono Counsel for Plaintiff*