# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KWAINE THOMPSON,<br><br>               Plaintiff,<br><br>vs.<br><br>CAPTAIN LEMON, *et al.*<br><br>               Defendants. | No. 23-cv-2102 (JPO) (KHP)<br>No. 22-cv-1458 (JPO) (KHP) [related]<br><br>**DECLARATION OF**<br>**SAMI ELAMAD** |

I, **Sami Elamad**, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

      1.    I am pro bono counsel for Plaintiff Kwaine Thompson in the above-captioned matter, and I submit the following declaration in support of Plaintiff's motion for leave to file an amended complaint.

      2.    Attached is a true and correct copy of Plaintiff's Proposed Second Amended Complain as Exhibit A (filed herewith).

      3.    The relief sought will not prejudice Defendants, as no scheduling order is in effect and the proposed amendments and supplemental allegations arise from the same nucleus of operative fact already at issue in this case.

      I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 8, 2025

                                                                                       */s/ Sami Elamad*