

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

GREGORY J.O. ACCARINO
*Senior Counsel*
phone: (212) 356-1945
gaccari@law.nyc.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/6/2025

November 3, 2025

BY ECF
Honorable J. Paul Oetken
United States Distict Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

APPLICATION GRANTED
*/s/ Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.
11/6/2025

Re: Kwaine Thompson v. City of New York, et al.
23 Civ. 2102 (JPO) (KHP)

Your Honor:

I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel for the City of New York, and attorney for defendant City of New York ("City") in the above-referenced matter. **Defendant City writes to respectfully request that the Court grant a one-week extension, from November 10, 2025 until November 17, 2025, for defendant City to file its Motion to Dismiss plaintiff's Second Amended Complaint.** This is defendant City's first extension request related to its Motion to Dismiss plaintiff's Second Amended Complaint, and it does not affect any other Court deadline. Plaintiff consents to this request.

By way of background, on October 10, 2025, Hon. Katherine H. Parker set a briefing schedule for defendant City's Motion to Dismiss plaintiff's Second Amended Complaint with (1) defendant City to file its motion to dismiss by November 10, 2025, (2) plaintiff to file his opposition by December 17, 2025, and (3) defendant City to file its reply by January 7, 2026. *See* Dkt. No. 149, Opinion & Order, October 10, 2025. On October 31, 2025, plaintiff filed his Second Amended Complaint. *See* Dkt. No. 151, October 31, 2025. Defendant City makes this request because, throughout October, the undersigned was preparing for, and conducting, a jury trial before Your Honor in plaintiff's other matter, *Kwaine Thompson v. City of New York, et al.*, No. 22 Civ. 1458 (JPO) (KHP), which began on October 27, 2025 and concluded on October 30, 2025. As a result, I was unable to dedicate sufficient time to work on defendant City's Motion to Dismiss plaintiff's Second Amended Complaint in this matter during that time. Therefore, defendant City

2

requests an additional week to file its Motion to Dismiss plaintiff's Second Amended Complaint in this matter.

**Accordingly, defendant City requests, with plaintiff's consent, that the Court grant a one-week extension, from November 10, 2025 until November 17, 2025, for defendant City to file its Motion to Dismiss plaintiff's Second Amended Complaint.**

Defendant City thanks the Court for its consideration herein.

Respectfully submitted,

*/s/ Gregory J.O. Accarino*
Gregory J.O. Accarino
*Senior Counsel*
Special Federal Litigation Division

cc: **By ECF:**
Sami Elamad
*Attorney for Plaintiff*

2