

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**GREGORY ACCARINO**
*Senior Counsel*
phone: (212) 356-1945
gaccari@law.nyc.gov

November 14, 2025

**BY ECF**
Honorable J. Paul Oetken
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    Kwaine Thompson v. City of New York, et al.
                23 Civ. 2102 (JPO) (KHP)

Your Honor:

    I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel for the City of New York, and attorney for defendant City of New York ("City") in the above-referenced matter.

    Defendant City writes to respectfully request leave to file up to fifteen (15) additional pages with regard to its Memorandum of Law in support of its Motion to Dismiss Plaintiff's Second Amended Complaint, as well as corresponding leave to file a word count in excess of Local Civil Rule 7.1. This is defendant City's first such request. Plaintiff's counsel consents to this request.

    By way of background, on October 31, 2025, plaintiff filed his Second Amended Complaint, totaling forty-four (44) pages, including a cover page, table of contents, and signed verification by plaintiff. Plaintiff's Second Amended Complaint includes seventeen (17) claims brought against thirty-four (34) individual defendant correction officers, in addition to the City of New York, covering a period of approximately three (3) years from multiple different facilities on Rikers Island, with most individuals and claims being completely unrelated. *See* Dkt. No. 151, Second Amended Complaint, October 31, 2025.

    Defendant City respectfully requests leave to file up to fifteen (15) additional pages to fully and sufficiently prepare a Motion to Dismiss, and seeks leave to file a memorandum of law no longer than forty (40) pages, as well as permission to file a word count in excess of Local Civil Rule 7.1.

    Accordingly, defendant City respectfully requests that the Court grant leave for defendant City to file up to fifteen (15) additional pages with regard to its Memorandum of Law in support

of its Motion to Dismiss plaintiff's Second Amended Complaint, totaling no greater than forty (40) pages, as well as corresponding leave file a word count in excess of Local Civil Rule 7.1.

  Defendant City thanks the Court for its consideration herein.

Respectfully submitted,

*/s/ Gregory J.O. Accarino*
Gregory J.O. Accarino
*Senior Counsel*
Special Federal Litigation Division

cc: **By ECF**
   Sami Elamad
   *Attorney for Plaintiff*