```
┌─────────────────────────────────┐
│ USDC SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #:_____   │
│ DATE FILED:   12/15/2025        │
└─────────────────────────────────┘
```

# *The Atlantic Foundation*

> Application GRANTED IN PART.  Plaintiff shall
> have until December 29, 2025, to file opposition to
> the motion to dismiss.  Defendants shall have until
> January 14, 2026.  The January 5, 2026
> conference is adjourned and rescheduled for
> February 4, 2026, at 2:00 p.m.

**SO ORDERED:**

*Katharine H Parker*                    12/15/2025

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

**BY ECF**

The Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:    Consent Motion for Extension of Time
>        *Thompson v. Lemon, et al.*, No. 23-cv-2102 ( JPO) (KHP)

Dear Judge Parker:

I write on behalf of Plaintiff Kwaine Thompson to respectfully request an extension of time to file Plaintiff's opposition papers in connection with Defendant City of New York's pending motion to dismiss (Dkt. Nos. 156–157). More specifically, Plaintiff seeks to extend the deadline for his opposition from December 17 to December 29, 2025, with Defendant's reply due January 12, 2026. This is Plaintiff's first request to extend the opposition deadline, and no other dates will be affected. Defendant City of New York consents to this request.

For background, the Court originally set a briefing schedule for the motion to dismiss with opening briefs due November 10, 2025. *See* Dkt. No. 149. The City later requested, and the Court granted, a one-week modification. *See* Dkt. No. 152. As revised, Defendant's brief was due November 17, 2025 (which it timely filed), and Plaintiff's opposition is currently due December 17, 2025. A case management conference is also scheduled for January 5, 2026.

Briefly, an extension is warranted for several reasons: 1) Defendant previously received a one-week enlargement on its opening brief (Dkt. No. 152); 2) the holiday period compresses the response window, with the seventh day falling on Christmas Eve/Christmas, making a standard seven-day adjustment impractical; and 3) Plaintiff's counsel has pre-scheduled time off.

As for its position, Defendant has stated the following: "Defendants consent to plaintiff's twelve (12) day extension request on the condition that defendant City receives a corresponding twelve (12) day extension from January 7, 2026 until January 20, 2026, and the Court adjourns the January 5, 2026 Initial Conference until a date after the Motion to Dismiss is fully briefed."

**Judge Parker**
Dec. 12, 2025
Page 2 of 2

Thank you very much for the Court's consideration of this request.

Respectfully,

*/s/ Sami Elamad*

cc:     Counsel of record (via ECF)