UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KWAINE THOMPSON,

        Plaintiff,

vs.

CAPTAIN LEMON, *et al.*,

        Defendants

No. 23-cv-2102 (JPO) (KHP)

### DECLARATION OF SAMI ELAMAD

I, **SAMI ELAMAD**, pursuant to 28 U.S.C. § 1746 hereby declare and state as follows:

    1.    I am counsel for Plaintiff in the above-referenced action.

    2.    I submit the following declaration in support of Plaintiff's opposition in response to Defendant City of New York's pending motion to dismiss, *see* ECF No. 157.

    3.    Attached as **Exhibit 1** is a true and correct copy of Plaintiff's Notice of Claim submission and confirmation, as filed with the City of New York on September 13, 2025.

    4.    Attached as as **Exhibit 2** is a true and correct copy of the report I personally made to DOC's Constituent Services on behalf of Plaintiff on June 19, 2025.

    5.    Attached as **Exhibit 3** is a true and correct copy of the copy of the complaint filed in Cepeda v. City of New York, No. 25-cv-5409 (S.D.N.Y.)

    6.    Attached as **Exhibit 4** is a true and correct copy of the complaint filed in New York state court in *Arnold Catala v. City of New York et al.,* docketed as 820112/2025E in the Bronx County Supreme Court.

7. Attached as **Exhibit 5** is a copy of an article entitled "Some Rikers Detainees Are Illegally Isolated, Lawsuit Says," published September 22, 2025 in The New York Times.

8. Attached as **Exhibit 6** is a true and correct copy of an affidavit/affirmation filed in Catala by plaintiff's counsel, dated November 25, 2025, collecting pro se petitions/pleadings from separate cases related to conditions of confinement.

9. Attached as **Exhibit 7** is a copy of an article entitled "I-Team: Locking Prisoners in Narrow Shower Stalls Called 'Inhumane' at Rikers Island," published July 15, 2022, available at https://www.nbcnewyork.com/investigations/i-team-locking-prisoners-in-narrow-shower-stalls-called-inhumane-at-rikers-island/3777087/.

10. Attached as **Exhibit 8** is a copy of an article by Courtney Gross dated January 29, 2024, entitled "How does DOC punish detainees on Rikers Island?" available at https://ny1.com/nyc/all-boroughs/politics/2024/01/29/how-does-doc-punish-detainees-on-rikers-island-.

11. Attached as **Exhibit 9** is a copy of an article entitled "Widespread deterioration at Rikers Island uncovered in NYC jails monitor report, new photos," by Graham Rayman, published July 5, 2023, available at https://www.nydailynews.com/2023/07/05/widespread-deterioration-at-rikers-island-uncovered-in-nyc-jails-monitor-report-new-photos/.

12. Attached as **Exhibit 10** is a true and correct copy of a report published by the Center for Justice at Columbia University entitled "Solitary by Many Other Names: A Report on the Persistent and Pervasive Use of Solitary Confinement in New York City Jails," published December 18, 2023, available at https://centerforjustice.columbia.edu/sites/default/files/content/Solitary%20By%20Many%20Other%20Names%20Report%20Final.pdf.

13. Attached as **Exhibit 11** is a true and correct copy of my e-mail correspondence with Corporation Counsel for the City of New York regarding Thompson's facility transfer in OBCC.

14. Attached as **Exhibit 12** is a true and correct copy of one pro se complaint from the related/coordinated cases pending in this District regarding West Facility (coordinated cases).

15. Attached as **Exhibit 13** is a copy of an article entitled "Rikers Island, NYC jails plagued with bugs, mice, cleanliness violations, says federal court monitor," published March 1, 2024, available at https://www.corrections1.com/investigations/rikers-island-nyc-jails-plagued-with-bugs-mice-cleanliness-violations-says-federal-court-monitor.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   New York, NY
         December 30, 2025                                   Sami Elamad