# Exhibit 1



www.comptroller.nyc.gov

THE CITY OF NEW YORK
OFFICE OF THE COMPTROLLER
CLAIMS AND ADJUDICATIONS
1 CENTRE STREET  ROOM 1200
NEW YORK, N.Y. 10007-2341

**Brad Lander**
**COMPTROLLER**

015 - 151

Date:       9/17/2025
Claim Number:  2025PI030034
RE:       Acknowledgment of Claim
Your Claim/Policy#:

KWAINE THOMPSON  c/o C/O SAMI ELAMAD THE ATLANTIC FOUNDATION
450 LEXINGTON AV UNIT 69
NEW YORK NY 10163
SAMI@THE-ATLANTIC-FOUNDATION.ORG

Dear Claimant:

We acknowledge receipt of your claim, which has been assigned the claim number shown above. Please refer to this claim number in any correspondence or inquiry you may have with our office.

We will do our best to investigate and, if possible, settle your claim. However, if we are unable to resolve your claim, **any lawsuit against the City must be started within one year and ninety days from the date of the occurrence.**

If you have any questions regarding your claim, you may contact us at 212-669-4729 for claims involving personal injury.

If you need to communicate in a language other than English, please let us know, and we will make translation services available to you.

Sincerely,

Bureau of Law & Adjustment

## eCLAIM Receipt

You have successfully filed your claim.

By successfully filing your claim, you have certified that all information provided is true and correct to the best of your knowledge and belief. You also understand that the willful making of any false statement of material fact herein may subject you to criminal penalties and civil liabilities.

Please allow up to 30 days to receive an email acknowledging your claim.

If you have any questions please contact 212-669-4729.

Your Receipt Number is the following:

**202500166381**

**You uploaded:**
Claim Form: 1
Supporting Documents:1

9/13/2025 6:33 PM
Claimant Last Name:THOMPSON
Claimant First Name:KWAINE