# Exhibit 11

# Sami Elamad

| | |
|---|---|
| **From:** | Accarino, Gregory (LAW) <GAccari@law.nyc.gov> |
| **Sent:** | Wednesday, August 6, 2025 10:03 AM |
| **To:** | Sami Elamad |
| **Subject:** | Re: [EXTERNAL] Facility Transfer - Kwaine Thompson |

Good morning Mr. Elamad,

I just received information regarding Mr. Thompson's transfer. Mr. Thompson was housed in Dorm 7 Upper housing unit and transferred to 5 Lower housing unit after an complaint was filed against Mr. Thompson for bullying other inmates, alleging fear of safety from Mr. Thompson. On June 16, 2025, Mr. Thompson submitted an inmate statement alleging that no one in the unit would speak to him and that he was experiencing retaliation. A request was submitted for rehousing and Mr. Thompson was transferred to another unit for his safety.

Should Mr. Thompson have issues with his housing transfer, the proper method for raising those issues with DOC is through the grievance process.

Gregory J.O. Accarino
Senior Counsel
Special Federal Litigation Division
New York City Law Department
100 Church Street
New York, NY 10007
Tel: 212-356-1945

---

**From:** Sami Elamad <sami@the-atlantic-foundation.org>
**Sent:** Tuesday, August 5, 2025 5:18 PM
**To:** Accarino, Gregory (LAW) <GAccari@law.nyc.gov>
**Subject:** RE: [EXTERNAL] Facility Transfer - Kwaine Thompson

Mr. Accarino – Any word? Is it safe to assume that we're still waiting on DOC?

Renewing my prior question – Have you been able to identify who has direct knowledge or responsibility for Mr. Thompson's facility assignments?

---

**From:** Accarino, Gregory (LAW) <GAccari@law.nyc.gov>
**Sent:** Tuesday, August 5, 2025 2:02 PM
**To:** Sami Elamad <sami@the-atlantic-foundation.org>
**Subject:** Re: [EXTERNAL] Facility Transfer - Kwaine Thompson

Good afternoon Mr. Elamad,

I am continuing to look into this issue.

Sincerely,

Gregory J.O. Accarino
Senior Counsel
Special Federal Litigation Division
New York City Law Department
100 Church Street
New York, NY 10007
Tel: 212-356-1945

---

**From:** Sami Elamad <sami@the-atlantic-foundation.org>
**Sent:** Tuesday, August 5, 2025 12:52 PM
**To:** Accarino, Gregory (LAW) <GAccari@law.nyc.gov>
**Subject:** RE: [EXTERNAL] Facility Transfer - Kwaine Thompson

Mr. Accarino – A friendly follow-up as I have not heard from you since yesterday.

Thanks, Sami

---

**From:** Sami Elamad <sami@the-atlantic-foundation.org>
**Sent:** Monday, August 4, 2025 1:07 PM
**To:** Accarino, Gregory (LAW) <GAccari@law.nyc.gov>
**Subject:** Re: [EXTERNAL] Facility Transfer - Kwaine Thompson

Thanks for your email. Who is responsible for facility assignments— whether for Mr. Thompson or more generally— given that neither you nor your DOC liaison(s) necessarily have direct knowledge or answers about my client's current circumstances?


On Mon, Aug 4, 2025 at 12:12 PM, Accarino, Gregory (LAW) <GAccari@law.nyc.gov> wrote:

> Good morning Mr. Elamad,
>
> My liaisons at DOC informed me that they reached out to the facility last week regarding your question and are waiting to hear back.
>
> Once I receive an update, I will let you know.
>
> Gregory J.O. Accarino
> Senior Counsel
> Special Federal Litigation Division
> New York City Law Department
> 100 Church Street
> New York, NY 10007
> Tel: 212-356-1945
>
> ---
>
> **From:** Sami Elamad <sami@the-atlantic-foundation.org>
> **Sent:** Thursday, July 31, 2025 9:09 AM
> **To:** Accarino, Gregory (LAW) <GAccari@law.nyc.gov>
> **Subject:** Re: [EXTERNAL] Facility Transfer - Kwaine Thompson

2

Great. Thanks for the prompt response and I'll wait to hear from you.

On Thu, Jul 31, 2025 at 9:05 AM, Accarino, Gregory (LAW) < GAccari@law.nyc.gov> wrote:

> Good morning Mr. Elamad,
>
> I have just reached out to DOC about your email.
>
> I am out of the office tomorrow, so if I do not hear today, I will send you a response when I return.
>
> Sincerely,
>
> Gregory J.O. Accarino
> Senior Counsel
> Special Federal Litigation Division
> New York City Law Department
> 100 Church Street
> New York, NY 10007
> Tel: 212-356-1945
>
> ---
>
> **From:** Sami Elamad <sami@the-atlantic-foundation.org>
> **Sent:** Thursday, July 31, 2025 8:30 AM
> **To:** Accarino, Gregory (LAW) <GAccari@law.nyc.gov>
> **Subject:** [EXTERNAL] Facility Transfer - Kwaine Thompson
>
> **CAUTION! EXTERNAL SENDER.** Never click on links or open attachments if sender is unknown, and never provide user ID or password. If **suspicious**, report this email by hitting the **Phish Alert Button**. If the button is unavailable or you are on a mobile device, forward as an attachment to phish@oti.nyc.gov.
>
> Mr. Accarino – As you may know, Mr. Thompson was recently transferred to another housing unit on OBCC. He alerted me of this yesterday, reporting that it was without any explanation or cause, and his current placement is apparently a gang-affiliated or run unit. My understanding is also that his previous assignment is supposed to be a safe space for LGBT individuals, or something to that extent, which is obviously much different than gangs.
>
> Can you please advise if any of the above is true? Or provide any explanation as to why he was transferred?
>
> Thanks, Sami