# *The Atlantic Foundation*

December 30, 2025

**BY ECF**

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *Thompson v. Captain Lemon, et al.*, No. 23-cv-2102 (JPO) (KHP)

Dear Judge Oetken:

      I write on behalf of Plaintiff Kwaine Thompson to respectfully request the Court's permission to maintain Plaintiff's opposition papers as filed on the docket (ECF No. 160). As filed, Plaintiff's opposition exceeds word/page limits under Local Civil Rule 7.1. I apologize for the belated nature of this request.

      For background, Plaintiff filed his opposition papers yesterday evening. *See* ECF Nos. 160–161. As filed, memorandum of law is 48 pages and approximately 14,409 words, exceeding the 25-page and 8,750-word limits under the Local Rules.

      There are several reasons for the request. First, Defendant City's motion to dismiss is itself lengthy (approximately 40 pages and 12,784 words), and Plaintiff sought to respond to each argument to ensure a complete record and avoid any suggestion of waiver or abandonment. The City also previously received leave to exceed the Rule 7.1 limits. *See* ECF Nos. 154–155. In addition, the operative complaint asserts multiple causes of action under federal and state law and raises multiple theories of municipal liability, which required a fuller response than a standard motion to dismiss.

      Accordingly, for the foregoing reasons, Plaintiff respectfully requests leave under Local Civil Rule 7.1 to exceed the applicable limits and to maintain the opposition papers as filed (ECF No. 160).

      Thank you very much. I sincerely appreciate the Court's attention to this matter.

                    Very truly yours,

                    /s/ *Sami Elamad*