# The Atlantic Foundation

January 21, 2026

**BY ECF**

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *Thompson v. Lemon, et al.*, No. 23-cv-2102 (JPO)(KHP)

Dear Judge Oetken:

    I write on behalf of Plaintiff Kwaine Thompson to respectfully request leave to file the attached sur-reply in further opposition to Defendant City of New York's pending motion to dismiss. The proposed sur-reply is limited in scope and responds to arguments raised for the first time in Defendant's reply.

    Thank you for the Court's consideration.

Very truly yours,

/s/ *Sami Elamad*

cc:    Counsel of record (via ECF)
        Kwaine Thompson (by first-class mail)