# The Atlantic Foundation

January 22, 2026

**BY ECF & EMAIL**

The Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Thompson v. Captain Lemon, et al.*, No. 23-cv-2102 (JPO) (KHP)

Dear Judge Parker:

      I write respectfully on behalf of Plaintiff Kwaine Thompson in the above-referenced litigation, in advance of the February 4, 2026 case management conference (ECF No. 159), to request that the Court execute the attached proposed revised order to facilitate and ensure Mr. Thompson's appearance.

      The Court previously issued an order (ECF No. 149) directing Mr. Thompson's appearance for the conference while he was housed on Rikers Island. Since then, Mr. Thompson has been transferred to state custody and is currently housed at Elmira Correctional Facility. The attached proposed order conforms to Mr. Thompson's current placement and includes his updated DIN information.

      Thank you very much for the Court's attention to this matter.

                                                      Very truly yours,

                                                      /s/ *Sami Elamad*

cc:    Counsel of Record (by ECF and email)
        Kwaine Thompson (by U.S. mail)