## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KWAINE THOMPSON,<br><br>      *Plaintiff*,<br><br>vs.<br><br>LEMON, et al.<br><br>      *Defendants*. | Case No. 1:23-cv-2102-JPO-KHP<br><br>**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE AND DIRECTING PLAINTIFF'S ATTENDANCE** |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

IT IS **HEREBY ORDERED** that a telephonic case management conference is scheduled for February 4, 2026, at 2:00 p.m. in the above-referenced matter.

IT IS **FURTHER ORDERED** the Warden/Superintendent of **Elmira Correctional Facility**, or their designee, shall produce Plaintiff **KWAINE THOMPSON (DIN 25B3882)** on February 4, 2026, no later than 2:00 p.m., to a suitable location within the facility for the purpose of participating by telephone in the conference, and shall ensure that Mr. Thompson has access to a functioning telephone line for the duration of the conference.

If the scheduled time and date presents a hardship, the Warden or Warden's designee should promptly inform chambers at (212) 805-0234.

IT IS **FURTHER ORDERED** that the Warden, or their designee(s), are to promptly notify the Court of any change in custody related to KWAINE THOMPSON and provide the new custodian with a copy of this order as well.

At the time of the conference on February 4, defense counsel shall call **+1 646-453-4442**, **623585807#,** with the plaintiff on the line.

IT IS **FURTHER ORDERED** that Defendants' counsel shall promptly serve a copy of this Order on the Warden/Superintendent of Elmira Correctional Facility. Plaintiff's counsel shall also promptly serve a copy of this Order on the Warden as well as all parties and shall file proof of service on ECF.

**SO ORDERED.**

Dated:_____
New York, NY

                                                    Hon. Katharine H. Parker