UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| KWAINE THOMPSON,<br><br>                              Plaintiff,<br><br>-against-<br><br><br>   LEMON et al.,<br><br><br><br>                              Defendants. |

**23-CV-2102 (JPO) (KHP)**

**<u>ORDER</u>**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

The Court is in receipt of a letter from Mr. Thompson in the above-captioned case "requesting [s]ummary judg[]ment on the grounds that [the City] violated Rule 11." (ECF No. 176.)  Mr. Thompson previously filed another letter, which discussed some similar allegations but did not request relief apart from a settlement. (ECF No. 175.)  The Court first notes that Mr. Thompson's request mixes the Federal Rules of Civil Procedure.  Rule 56 addresses summary judgment, while Rule 11 addresses sanctions.

The substance of Mr. Thompson's request is that the City has "perpetrat[ed] a fraud on the Court," namely by filing its motion to stay discovery, which the Court previously granted. (ECF No. 172.)  He also notes other factual allegations relating to the conditions of his confinement.

The Court interprets Mr. Thompson's letter as a request to file a motion requesting either summary judgment or Rule 11 sanctions.  The Court **denies the request without prejudice**.  The motion to dismiss is still pending.  If this case continues following Judge Oetken's ruling on the motion to dismiss, Mr. Thompson may request again to file a motion for

summary judgment and/or for Rule 11 sanctions at an appropriate time.

The Court does not assess the factual allegations in Mr. Thompson's letter.  To the extent Mr. Thompson has expressed an interest in settling the case, the Defendants shall file a letter regarding their willingness to have a settlement conference by **April 6, 2026**.  **The Clerk is respectfully directed to mail a copy of this Order to Plaintiff.**

Dated: March 30, 2026

New York, New York                              **SO ORDERED.**

_____
KATHARINE H. PARKER
United States Magistrate Judge