UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KWAINE THOMPSON,<br><br>                              Plaintiff,<br><br>-against-<br><br><br>     LEMON et al.,<br><br><br><br>                              Defendants. | |

**23-CV-2102 (JPO) (KHP)**

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

The Court received a letter from Plaintiff purporting to "writ[e] for summary judgment due to the fact that" the City allegedly violated Federal Rule of Civil Procedure 11.  The Court interprets this as a second letter from Plaintiff seeking to file a motion for summary judgment and/or sanctions under Rule 11.  The substance of Mr. Thompson's request is that the City has withheld evidence in discovery.  However, this case is subject to a discovery stay, so no party needs to respond to the other's discovery requests at this time. (ECF No. 172.)  After the motion to dismiss is decided, if the claims of the case survive, the stay will be revisited and reconsidered in light of the circumstances at that time.  Accordingly, there is no basis to file the motion at this time.  The Court thus **denies the request without prejudice**.

**The Clerk is respectfully directed to mail a copy of this order to Plaintiff and to terminate the motion at ECF No. 178.**

Dated: April 1, 2026
      New York, New York

                        **SO ORDERED.**

                        _____

                        KATHARINE H. PARKER
                        United States Magistrate Judge