

**STEVEN BANKS**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**GREGORY J.O. ACCARINO**
*Senior Counsel*
phone: (212) 356-1945
gaccari@law.nyc.gov

April 2, 2026

**BY ECF**
Honorable Katherine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>Kwaine Thompson v. Captain Lemon, et al.</u>
              23 Civ. 2102 (JPO) (KHP)

Your Honor:

        I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel for the City of New York, and attorney for defendant City of New York in the above-referenced matter. Defendant City respectfully writes in response to the Court's March 30, 2026 Order to "file a letter regarding their willingness to have a settlement conference by April 6, 2026." *See* Dkt. No. 177, Order, March 30, 2026.

        At this time, defendant City is not interested in participating in a settlement conference. Should defendant City's position regarding settlement change, defendant City will write to the Court to request such a conference.

        Defendant City thanks the Court for its consideration herein.

                         Respectfully submitted,

                         */s/ Gregory J.O. Accarino*
                         Gregory J.O. Accarino
                         *Senior Counsel*
                         Special Federal Litigation Division

cc:    **By U.S. Mail:**
       Kwaine Thompson (DIN: 25B3882)
       *Plaintiff Pro Se*
       Orleans Correctional Facility[1]
       3531 Gaines Basin Road
       Ablion, New York 14411

---

[1] Although the docket indicates plaintiff resides at Elmira Correctional Facility, plaintiff's letter, dated March 20, 2026 (Dkt. No. 176), indicates that plaintiff is currently residing at Orleans Correctional Facility.