UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/24/2026
```

| | |
|---|---|
| KWAINE THOMPSON, | |
| Plaintiff, | |
| -against- | |
| LEMON et al., | |
| Defendants. | |

23-CV-2102 (JPO) (KHP)

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

The Court is in receipt of a letter from Mr. Thompson in the above-captioned case stating that the Defendant is "breaking Rule 11." (ECF No. 182.)  The Court interprets Mr. Thompson's letter as a request to file a motion for leave to file for Rule 11 sanctions.  The Court **denies the request without prejudice** for the same reasons as set forth in the Court's April 1, 2026 order. (ECF. No. 179.)  The motion to dismiss is still pending.  If this case continues following Judge Oetken's ruling on the motion to dismiss, Mr. Thompson may request again to file a motion for Rule 11 sanctions at an appropriate time.

The Court does not assess the factual allegations in Mr. Thompson's letter.  To the extent Mr. Thompson has expressed an interest in settling the case, the Defendants have not changed their position on settlement since their April 2, 2026 letter. (ECF No. 180.)

Dated: April 24, 2026
       New York, New York

SO ORDERED.

KATHARINE H. PARKER
United States Magistrate Judge