UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| KWAINE THOMPSON,<br><br>                              Plaintiff,<br><br>-against-<br><br><br>     LEMON et al.,<br><br><br><br>                              Defendants. |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/1/2026

**23-CV-2102 (JPO) (KHP)**

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

The Court liberally construes Plaintiff's request as a motion for reconsideration of the

Court's order at ECF 181, filed within fourteen days of the Court's order.  Therefore, if

Defendants oppose the motion, they may file their Opposition by **May 8, 2026**.

**The Clerk is respectfully directed to mail a copy of this order to Plaintiff.**

Dated: May 1, 2026
       New York, New York

                              **SO ORDERED.**

_____
KATHARINE H. PARKER
United States Magistrate Judge