UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/26/2026
```

| | |
|---|---|
| KWAINE THOMPSON, | |
| | Plaintiff, |
| -against- | |
| LEMON et al., | |
| | Defendants. |

**23-CV-2102 (JPO) (KHP)**

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

The Court is in receipt of Plaintiff's letter inquiring about a May hearing. (ECF No. 188). There was no May hearing in this matter. Currently, discovery is stayed, pending the Court's ruling on Defendants' motion to dismiss. The Court will hold a conference, as appropriate, after a decision on the motion to dismiss. Attorney Elamad was relieved from his limited scope representation in this matter. (ECF No. 173). Given the current posture of the case, there is no basis for the Court to appoint pro bono counsel. This is without prejudice to Plaintiff seeking pro bono counsel at a later stage in the litigation after the Court rules on the motion to dismiss. Finally, although the Court sympathizes with Plaintiff regarding the alleged problems he is facing in his facility, the Court is not able to intervene at this time regarding Plaintiff's complaints about current prison conditions, including his need for hearing aids, because they are not claims in this case. Plaintiff is free to utilize existing grievance procedures within the facility and initiate litigation about conditions of confinement.

Dated: June 26, 2026
      New York, New York

**SO ORDERED.**

_____
KATHARINE H. PARKER
United States Magistrate Judge