6/30/2026          23-cv-02102

To. The Honarable Judge katherine H. Parker, Southern district

Court house, NY, NY,

From: Kwaine Thompson Din# 25b3882          Orleans Corr, facility

3531 Gaines basin rd.      PRO_SE

Albion , NY , 14411-9199    INTAKE
UNIT

I'm writing you for a few reasons, I'm in Albion , NY, and i'm
about to file another  1983 lawsuit on officer's and staff here,
can you tell me what District Court house I should send it too?
2) Can you send me any PDF files from this case that I can look
at here at this facility, to marshall any type of defense in this
pending litigation ?
3) On 5/5/26    ecf187 the motion to dismiss is fully brief and I
want to know how did the court weigh in on this dismissal motion?
I thought this court will send me a copy of this brief ? and if
so why not have i recieved a copy of this fully brief motion ?
4) And can you start sending my mail to the above address because
I sent you this new address once i left Elmira Prison in late
january/2026. Please update this address, Thanks.
And can you let me know if this is the right time to ask for a
settlement confrence, since the motion to dismiss is fully brief?
5) And can you tell me when is my next court date on this matter?
6) And can i be present at this next court date either in person
or by Zoom call ?
7) And I reuest that Sami Elamd be my Pro-bono counsel for the
remainder of this litigation, he told me he surely will be my
Lawyer again if the Judge approves it,  so Can you please assign
me Sami Elamad to be my attorney again ? He works for the Alantic
Foundation./....

Sincerely

R. Thompson

25b3882

RECEIVED
SDNY PRO SE OFFICE
2026 JUL -6  PM 3: 56

Case 1:23-cv-02102-JPO-KHP    Document 190    Filed 07/06/26    Page 2 of 2

**ORLEANS CORRECTIONAL FACILITY**
3531 Gaines Basin Road
Albion, New York 14411-9199

NAME: Kwame Thompson   DIN: 25B3882

ROCHESTER NY 144

ORLEANS

1 JUL 2026 PM 3 L

CORRECTIONAL FACILITY

NEOPOST

07/01/2026
US POSTAGE $000.74[0]

FIRST-CLASS MAIL
IMI

ZIP 14411
041M11280436

RECEIVED
SDNY PRO SE OFFICE
2026 JUL -6 AM 3:57

The Honarable Katherine H. Parker
United States district court
Southern District of NewYork
500 Pearl St
NewYork, NY, 10007-1312

Pro-Se
Intake
Unit

USM P3
SDNY

**LEGAL MAIL**