UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____ 7/9/2026
```

| |
|---|
| KWAINE THOMPSON,<br><br>                              Plaintiff,<br><br>-against-<br><br><br>    LEMON et al.,<br><br><br><br>                              Defendants. |

23-CV-2102 (JPO) (KHP)

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

The Court is in receipt of Plaintiff's letter inquiring about changing his address, requesting a settlement conference, and requesting pro bono counsel.  Plaintiff should be assured that his address has been updated on the docket.  Further, the Court will hold a conference, as appropriate, after a decision on the motion to dismiss before Judge Oetken.  Insofar as Plaintiff is requesting a settlement, the Defendants have not changed their position on settlement since their April 2, 2026 letter. (ECF No. 180).  Additionally, as the Court has stated previously, Attorney Elamad was relieved from his limited scope representation in this matter. (ECF No. 173).  Given the current posture of the case, there is no basis for the Court to appoint pro bono counsel.  This is without prejudice to Plaintiff seeking pro bono counsel at a later stage in the litigation after the Court rules on the motion to dismiss.  Finally, although the Court understands Plaintiff seeks direction as to where to file another suit, the Court is not able to direct Plaintiff at this time regarding Plaintiff's filing another action.

Dated: July 9, 2026
     New York, New York

**SO ORDERED.**

_____
KATHARINE H. PARKER
United States Magistrate Judge