USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/01/2026

**STEVEN BANKS**
*Corporation Counsel*

**GREGORY J.O. ACCARINO**
*Senior Counsel*
phone: (212) 356-1945
gaccari@law.nyc.gov

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

September 1, 2026

**BY ECF**
Honorable Katherine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Kwaine Thompson v. City of New York, et al.
23 Civ. 2102 (JPO) (KHP)

Your Honor:

I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel for the City of New York, and attorney for defendant City of New York ("City") in the above-referenced matter. Defendant City writes to respectfully request that the Court adjourn the 12:00 p.m. November 5, 2026 telephonic status conference to 9:30 a.m., 10:00 a.m., 1:00 p.m., 1:30 p.m., or 2:00 p.m. that same date of November 5, 2026. This is defendant City's first such request and it does not affect any other Court deadlines. Defendant City was unable to obtain plaintiff's position expeditiously before making this request due to his incarcerated status and because the undersigned will be on previously scheduled leave from September 2, 2026 until September 14, 2026.

By way of background, on August 28, 2026, the Court scheduled a telephone Status Conference in this matter for November 5, 2026 at 12:00 p.m. and, *inter alia*, instructed defense counsel to contact Orleans Correctional Facility, where plaintiff is currently incarcerated, to arrange for plaintiff's participation. *See* Dkt. 193, Order, August 28, 2026. On August 31, 2026, defense counsel contacted Orleans Correctional Facility regarding this Court's August 28, 2026 Order, and Orleans Correctional Facility informed the undersigned that there is no prisoner movement within their facility between 11:00 a.m. and 12:30 p.m., and therefore plaintiff would be unable to participate in a telephone Court conference at 12:00 p.m. Orleans Correctional Facility asked if defense counsel could request that the telephonic status conference be scheduled for 9:30 a.m., 10:00 a.m., 1:00 p.m., 1:30 p.m., or 2:00 p.m. on November 5, 2026 instead of 12:00 p.m., to accommodate the facility's prisoner movement schedule.

Accordingly, defendant City respectfully requests that the Court adjourn the 12:00 p.m. November 5, 2026 telephonic status conference to 9:30 a.m., 10:00 a.m., 1:00 p.m., 1:30 p.m., or 2:00 p.m. that same date of November 5, 2026.

Defendant City thanks the Court for its consideration herein.

Respectfully submitted,

*/s/ Gregory J.O. Accarino*
Gregory J.O. Accarino
*Senior Counsel*
Special Federal Litigation Division

cc: **BY U.S. MAIL:**
Kwaine Thompson (DIN: 25-B-3882)
*Plaintiff Pro Se*
Orleans Correctional Facility
3531 Gaines Basin Road
Albion, NY 14411-9199

**ORDER RESCHEDULING TELEPHONIC CASE MANAGEMENT CONFERENCE: The telephonic case management conference scheduled for November 5, 2026, at 12:00 p.m. is hereby rescheduled to November 5, 2026, at 1:00 p.m. It is hereby ORDERED that the Warden or other official in charge of ORLEANS CORRECTIONAL FACILITY, produce plaintiff Kwaine Thompson, DIN # 25-B-3882, on November 5, 2026, no later than 1:00 p.m., to a suitable location within the Orleans Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defendants counsel. If the scheduled time and date presents a hardship, the Warden or the Wardens designee should promptly inform chambers by calling (212) 805-0234. Defense counsel shall: (1) send this Order to the Warden immediately; (2) contact the Orleans Correctional Facility to arrange the call and determine the telephone number at which the plaintiff will be reachable at the above time and date; and (3) telephone Judge Parkers teleconference line at (646) 453-4442, Access code: 759 671 300, with the plaintiff on the line, at the time and date of the conference. The Clerk of Court is requested to mail a copy of this order to the plaintiff.**

**APPLICATION GRANTED**

Katharine H Parker

**Hon. Katharine H. Parker, U.S.M.J.**
**09/01/2026**