USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KWAINE THOMPSON,

Plaintiff,

-against-

LEMON et al.,

Defendants.

23-CV-2102 (JPO) (KHP)

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

The Court is in receipt of Plaintiff's letters inquiring about the upcoming case management conference. (ECF Nos. 198, 199). The telephonic case management conference is scheduled for November 5, 2026, at 1:00 p.m. The Court notes Plaintiff's objections, but nevertheless adjourned the conference to 1:00 p.m. because that is a time that works for the Court. Insofar as Plaintiff is requesting video footage from the Defendants, discovery is currently stayed and the setting of a discovery schedule will be discussed at the November 5, 2026 case management conference.

Further, although the Court sympathizes with Plaintiff regarding the alleged problems he is facing in his facility, the Court is not able to intervene at this time regarding Plaintiff's complaints about current prison conditions, including his need for hearing aids, because they are not claims in this case. Plaintiff is free to utilize existing grievance procedures within the facility and initiate litigation about conditions of confinement.

Dated: September 23, 2026
New York, New York

**SO ORDERED.**

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge