**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**GREGORY J.O. ACCARINO**
*Senior Counsel*
phone: (212) 356-1945
gaccari@law.nyc.gov

October 6, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/06/2026

**BY ECF**
Honorable Katherine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Kwaine Thompson v. City of New York, et al.
23 Civ. 2102 (JPO) (KHP)

Your Honor:

I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel for the City of New York, and attorney for defendant City of New York ("City") in the above-referenced matter. Defendant City writes to respectfully request that the Court adjourn the 1:00 p.m. November 5, 2026 telephonic status conference to 9:30 a.m., 10:00 a.m., 1:30 p.m., or 2:00 p.m. that same date of November 5, 2026. This is defendant City's second request to adjourn the November 5, 2026 status conference to a different time on November 5, 2026, the first of which was granted by the Court. *See* Dkt. No. 195, Letter Motion, September 1, 2026; Dkt. No. 196, Order, September 1, 2026. This request does not affect any other Court deadlines.

By way of background, on September 1, 2026, the Court adjourned the 12:00 p.m. November 5, 2026 status conference to 1:00 p.m. that same date, after Orleans Correctional Facility contacted defense counsel to inform him that there was no prisoner movement within their facility between 11:00 a.m. and 12:30 p.m., and therefore plaintiff would be unable to participate in a telephone Court conference at 12:00 p.m. *See* Dkt. No. 195, Letter Motion, September 1, 2026; Dkt. No. 196, Order, September 1, 2026.

However, the undersigned was recently informed that plaintiff was transferred from Orleans Correctional Facility to Mohawk Correctional facility, where he is currently residing. A representative from Mohawk Correctional facility informed the undersigned that the facility only facilitates calls "between 9:00-10:30 AM (calls ending by 11:00 AM) and 1:30-3:00 PM (calls ending by 3:40 PM)," and asked if defense counsel could request an adjournment of the November 5, 2026 status conference to a different time that day within the provided window. Therefore,

defendant City respectfully requests the Court adjourn the 1:00 p.m. November 5, 2026 telephonic status conference to 9:30 a.m., 10:00 a.m., 1:30 p.m., or 2:00 p.m. that same date of November 5, 2026, to accommodate the schedule of Mohawk Correctional Facility.

Accordingly, defendant City respectfully requests the Court adjourn the 1:00 p.m. November 5, 2026 telephonic status conference to 9:30 a.m., 10:00 a.m., 1:30 p.m., or 2:00 p.m. that same date of November 5, 2026.

Defendant City thanks the Court for its consideration herein.

Respectfully submitted,

*/s/ Gregory J.O. Accarino*
Gregory J.O. Accarino
*Senior Counsel*
Special Federal Litigation Division

cc: **BY U.S. MAIL[1]:**
Kwaine Thompson (DIN: 25-B-3882)
*Plaintiff Pro Se*
Mohawk Correctional Facility
P.O. Box 8451
Rome, New York 13442

**ORDER RESCHEDULING TELEPHONIC CASE MANAGEMENT CONFERENCE: The telephonic case management conference scheduled for November 5, 2026, at 1:00 p.m. is hereby rescheduled to November 5, 2026, at 1:30 p.m. It is hereby ORDERED that the Warden or other official in charge of MOHAWK CORRECTIONAL FACILITY, produce plaintiff Kwaine Thompson, DIN # 25-B-3882, on November 5,2026, no later than 1:30 p.m., to a suitable location within the Mohawk Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defendants counsel. If the scheduled time and date presents a hardship, the Warden or the Wardens designee should promptly inform chambers by calling (212) 805-0234. Defense counsel shall: (1) send this Order to the Warden immediately; (2) contact the Orleans Correctional Facility to arrange the call and determine the telephone number at which the plaintiff will be reachable at the above time and date; and (3)telephone Judge Parkers teleconference line at (646) 453-4442, Access code: 759 671 300, with the plaintiff on the line, at the time and date of the conference. The Clerk of Court is requested to mail a copy of this order to the plaintiff.**

**APPLICATION GRANTED**

*Katharine H Parker*
**Hon. Katharine H. Parker, U.S.M.J.**
**10/06/2026**

[1] Because plaintiff is now incarcerated at Mohawk Correctional Facility, this letter has been mailed to that location instead of the correctional facility listed for plaintiff on the docket.