USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/8/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KWAINE THOMPSON,

Plaintiff,

-against-

LEMON et al.,

Defendants.

**23-CV-2102 (JPO) (KHP)**

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

The Court is in receipt of Plaintiff's letter requesting summary judgment and appointment of counsel. The telephonic case management conference is scheduled for November 5, 2026, at 1:30 p.m. Discovery is currently stayed, and the setting of any briefing schedule, including a briefing schedule for Plaintiff's anticipated motion for summary judgment, will be discussed at the November 5, 2026 case management conference.

Additionally, as the Court has stated previously, Attorney Elamad was relieved from his limited scope representation in this matter. (ECF No. 173). Given the current posture of the case, there is no basis for the Court to consider appointing pro bono counsel until after the November 5, 2026 case management conference. This request is denied without prejudice to Plaintiff seeking pro bono counsel at a later stage in the litigation.

Dated: October 8, 2026
New York, New York

**SO ORDERED.**

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge