USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KWAINE THOMPSON,

Plaintiff,

-against-

LEMON et al.,

Defendants.

**23-CV-2102 (JPO) (KHP)**

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

The Court is in receipt of Plaintiff's letters regarding his change in address and request for settlement. Insofar as Plaintiff is notifying the Court of his transfer to the Mohawk Correctional Facility, the Court assures Plaintiff that this change has been accounted for on the most recent order, dated October 6, 2026, which set the case management conference for November 5, 2026 at 1:30 PM. (ECF No. 204). However, as to Plaintiff's request to settle with the Defendant, the Court is not aware of any change in Defendant's position as of April 2, 2026, when the Defendant filed a letter indicating that it was not interested in participating in a settlement conference at this time. (ECF No. 180).

Dated: October 19, 2026
New York, New York

**SO ORDERED.**

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge