USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/5/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KWAINE THOMPSON,<br>Plaintiff,<br>-against-<br>LEMON et al.,<br>Defendants. | 23-CV-2102 (JPO) (KHP)<br>**POST-CONFERENCE ORDER** |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

The parties in the above-captioned case appeared telephonically before the undersigned for a case management conference on November 5, 2026, at 1:30 p.m. At the conference, the Court ordered the following on the record:

**Pleadings, Parties, and Motions.** No further amendments to the pleadings or joinder of parties will be permitted without good cause.

**Discovery.** Fact discovery will be completed by **June 30, 2027**. Plaintiff's discovery requests are limited to twenty items. Defendant, City of New York, is directed to resend the form allowing for the release of Plaintiff's medical records, to Plaintiff, with a self-addressed envelope.

**Discovery Disputes.** The parties shall follow the Court's Individual Procedures with respect to any discovery disputes. *See* https://nysd.uscourts.gov/hon-katharine-h-parker.

**Rule 1 and Rule 26(b)(1).** Counsel shall comply with Rule 1 and Rule 26(b)(1) in the conduct of discovery.

**Document Requests.** Counsel shall be fully familiar with their obligations under Rules 34 and 26(g) and consider and discuss ways to ensure compliance and minimize disputes regarding overbreadth and specificity of requests and responses. A failure to comply with this responsibility carries serious consequences. Requests for any and all documents on a broad topic are presumptively improper. Likewise, courts have held that an objection that does not appropriately explain its grounds is forfeited. *See, e.g.*, *Wesley Corp. v. Zoom T.V. Prods., LLC*, No. 17-100212018, 2018 WL 372700, at *4 (E.D. Mich. Jan. 11, 2018); *Fischer v. Forrest*, No. 14 Civ. 01304 (PAE) (AJP), 2017 WL 773694 (S.D.N.Y. Feb. 28, 2017) ("[A]ny discovery response that does not comply with Rule 34's requirement to state objections with specificity (and to clearly indicate whether responsive material is being withheld on the basis of objection) will be deemed a waiver of all objections (except as to privilege).").

**Joint Status Update.** Defendant shall submit a status update by **December 18, 2026.** Plaintiff may also submit a status update by this date.

**Consent.** The parties are reminded that they have the option to consent to conduct all proceedings, including a trial, before the undersigned pursuant to 28 U.S.C. § 636(c). If all parties consent, they shall complete and file the Consent form available on the Court's website at http://nysd.uscourts.gov/file/forms/consent-to-proceed-before-us-magistrate-judge. This Order is not meant to interfere in any way with the parties' absolute right to have dispositive motions and/or a trial before a United States District Judge, but is merely an attempt at preserving scarce judicial resources and reminding the parties of their option pursuant to 28 U.S.C. § 636(c).

**The Clerk of Court is requested to mail a copy of this order to the Plaintiff.**

Dated: November 5, 2026
New York, New York

SO ORDERED.

Katharine H Parker
______________________________
KATHARINE H. PARKER
United States Magistrate Judge