USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/10/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KWAINE THOMPSON,

Plaintiff,

-against-

LEMON et al.,

Defendants.

**23-CV-2102 (JPO) (KHP)**

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

The Court is in receipt of Plaintiff's letter requesting law library access for purposes of notarization of the required HIPPA release forms, dated October 27, 2026. However, the Court addressed Plaintiff's concerns regarding notarization at the November 5, 2026 case management conference. On the record Defense counsel was directed to send a form not requiring notarization to Plaintiff. Therefore, Plaintiff's request is denied as moot.

**The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.**

**SO ORDERED.**

Dated: November 10, 2026
New York, New York

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge